# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:10CR43** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RYAN M. JINDRA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Ryan M. Jindra (Jindra) for discovery (Filing No. 7). Initially, there is no discovery required per se by Rule 13 of the Federal Rules of Criminal Procedure. Furthermore, the motion is not accompanied by a statement verifying that counsel for the moving party has conferred with opposing counsel in person or by telephone in a good-faith effort to resolve by agreement the issues raised by the motion and that the parties have been unable to reach such an agreement. **See** Paragraph 3, Filing No. 9 and NECrimR 12.3(b)(1). Jindra's motion for discovery (Filing No. 7) is denied.

**IT IS SO ORDERED.**

DATED this 18th day of March, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge