IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR43 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN M. JINDRA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to continue trial (Filing No. 77).  The Court notes defendant has filed a written waiver of speedy trial (Filing No. 78) and further that the government has no objection.  Accordingly,

      IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, October 18, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give the parties time to pursue plea negotiations or finalize trial preparations and will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between July 12, 2011, and October 18, 2011, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court