IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:10CR43
                             )
      v.                     )
                             )
RYAN M. JINDRA,              )        ORDER
                             )
            Defendant.       )
_____)
```

   At the request of counsel,

   IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Friday, November 18, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give the parties time to finalize plea negotiations and will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between November 10, 2011, and November 18, 2011, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

   DATED this 7th day of November, 2011.

           BY THE COURT:

           /s/ Lyle E. Strom
           _____
           LYLE E. STROM, Senior Judge
           United States District Court