IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN M. JINDRA,<br><br>    Defendant,<br><br>And<br><br>FIDELITY INVESTMENTS,<br><br>    Garnishee. | 8:10CR43 |

### EX-PARTE ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before this Court on the Ex-Parte Application for Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Fidelity Investments, the garnishee, and for good cause shown.

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Fidelity Investments, Attn: Legal Operations, PO Box 770001, Cincinnati, OH 45277-0031.

DATED this 26th day of November, 2019.

BY THE COURT:

_____
MICHAEL D. NELSON
United States District Judge